**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| JAMES ELLIS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 3:17-CV-3199-D |
| CITY OF DALLAS, | ) |
| Defendants. | ) |

## ORDER

After reviewing all relevant matters of record in this case, including the September 21, 2018 findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. The case will be dismissed by separate judgment with prejudice under 28 U.S.C. § 1915(e)(2) as legally frivolous or for failure to state a claim on which relief may be granted.

**SO ORDERED**.

October 25, 2018.

SIDNEY A. FITZWATER
SENIOR JUDGE